UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| LA'QUEDRICK AS-SIDIQ, | Case No. 25-CV-2911 (NEB/DJF) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| CLAY COUNTY ATTORNEY'S OFFICE, | |
| Respondent. | |

---

The Court has received the August 18, 2025 Report and Recommendation of United States Magistrate Judge Dulce J. Foster. (ECF No. 3.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 3) is ACCEPTED;

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 24, 2025                                    BY THE COURT:

                                                             s/Nancy E. Brasel
                                                             Nancy E. Brasel
                                                             United States District Judge